UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAWVETT JAMISON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:25-cv-00976-SEP |
| ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, | ) |
| Defendant | ) |

### MEMORANDUM AND ORDER

Before the Court are the parties' responses to the Court's order to show cause why this matter should not be remanded for failure to meet the amount in controversy required for federal subject matter jurisdiction. Docs. [11], [13], [16]. Defendant removed the case to federal court on the basis of diversity jurisdiction. Doc. [1]. The diversity jurisdiction statute, 28 U.S.C. § 1332(a), provides that federal district courts have "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States[.]" A complaint that alleges the jurisdictional amount in good faith suffices to confer jurisdiction. *Scottsdale Ins. Co. v. Universal Crop Prot. All., LLC*, 620 F.3d 926, 931 (8th Cir. 2010) (citing *Kopp v. Kopp*, 280 F.3d 883, 884 (8th Cir. 2002). The "proponent of federal jurisdiction must show 'that it does not appear to a legal certainty that the claim for relief is for less than the statutorily prescribed jurisdictional amount.'" *Id.* (citing 14B Charles A. Wright, Arthur R. Miller, & Edward H. Cooper, Federal Practice and Procedure § 3702 (3d ed.1998)).

As Defendant alleges in its notice of removal, complete diversity exists among Plaintiff, a Missouri citizen, and Defendant, an Illinois citizen. Doc. [1]. Though Plaintiff's existing medical bills amount to only $9,177.80, he also seeks compensation for the cost of future treatment for injuries that are allegedly permanent and progressive. Doc. [13] at 2. And he seeks attorneys' fees under Missouri's vexatious refusal to pay statute. Doc. [13] at 3; Mo. Rev. Stat. § 375.420 (1975). After review of the record, the Court finds that the Complaint alleges the jurisdictional amount in good faith, and it does not appear to a legal certainty that the claim for relief is less than the $75,000 required for federal subject matter jurisdiction based on diversity.

A separate Case Management Order will issue.

Dated this 20th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE